**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Michael J. Gilbert
212.896.0611 direct
mgilbert@sheppardmullin.com

October 9, 2023

**VIA ECF**

Honorable Michael A. Shipp, USDJ
United States District Court
District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:     USA v. Neuman
         Criminal Docket No.:  3:23-cr-00638-MAS-1

Judge Shipp:

On behalf of Josef Neuman, the defendant in the above-captioned case, I write, respectfully, to request an adjournment of the December 13, 2023 sentencing date for approximately 30 days.  The government consents.  This is the first request for an adjournment.

Respectfully yours,

*[signature]*

Michael J. Gilbert
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4889-8132-6213.1
cc:     AUSA Katie Romano
         Probation Officer Laura Kellogg